**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| A.M. | : | No. 725 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| L.B. | : | |
| | : | |
| | : | |
| PETITION OF: STACY L. SHIELDS, ESQUIRE | : | |
| | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is

**DENIED**.